## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:21-cr-178 |
| Jason Anthony Tremberth, ) | |
| ) | |
| Defendant. ) | |

On March 28, 2022, defendant filed a motion seeking the court's approval to participate in a remote evaluation. Defendant is presently in Marshals Service custody at the Washington County Justice Center in Akron, Colorado. He has scheduled a remote drug and alcohol evaluation with C & K Counseling on April 7, 2022, at 1:00 PM. He requests the court authorization to proceed with the evaluation.

The court **GRANTS** defendant's motion (Doc. No. 120) and authorizes defendant participate in an evaluation to be conducted remotely with C & K on April 7, 2022.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2022.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court